# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 21, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155196(73)

MICHIGAN GUN OWNERS, INC. and
ULYSSES WONG,
      Plaintiffs-Appellants,

v

                                     SC: 155196

ANN ARBOR PUBLIC SCHOOLS and          COA: 329632
JEANICE K. SWIFT,                       Washtenaw CC: 15-000427-CZ
      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion of the Michigan Coalition for Responsible Gun Owners Foundation to file a brief amicus curiae is GRANTED. The amicus brief submitted on February 19, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 21, 2018                   
_____                      _____
                                      Clerk